```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>CARL DEWAYNE HUGHES,<br><br>              Defendant. | CASE NO. CR.S-04-0443 PAN<br><br>STIPULATION, DECLARATION AND <s>[PROPOSED]</s> ORDER VACATING SENTENCING HEARING AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND SETTING STATUS CONFERENCE<br><br>DATE:  July 28, 2005<br>TIME:  9:00 a.m.<br>COURT: Hon. Peter A. Nowinski |

### Stipulation

The parties, through their respective counsel, stipulate that the sentencing hearing scheduled for July 28, 2005 may be vacated and a status conference may be scheduled October 27, 2005 at 9:00 a.m.

As stated in the previous Stipulation, Declaration and Order Vacating Sentencing Hearing and Writ of Habeus Corpus Ad Prosequendum and Setting Status Conference dated June 8, 2005, the government's case should not proceed to sentencing until the Modoc County case has been resolved.

On July 13, 2005, Abram Watts, an intern in the Misdemeanor Unit, spoke with the Modoc County District Attorney Jordan Funk

1

regarding the status of the defendant's Modoc County case.  Mr. Funk related to Mr. Watts that Mr. Hughes' Modoc County case was scheduled for trial in early October.  Furthermore, the defendant is still in custody in Modoc County within the jurisdiction of the State of California.

DATED: July 20, 2005                McGREGOR W. SCOTT
                                    United States Attorney

                                by  /s/ Samantha S. Spangler
                                    SAMANTHA S. SPANGLER
                                    Assistant U.S. Attorney

DATED: July 20, 2005                /s/ Samantha S. Spangler for
                                    ERIC H. HINTZ
                                    Counsel for Defendant
                                    Carl DeWayne Hughes

## Order

   Good cause appearing, the Court enters the following order:

   The sentencing hearing scheduled for July 28, 2005 is vacated and a status conference is scheduled October 27, 2005 at 9:00 a.m.

   IT IS SO ORDERED.

   Dated: July 25, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge