```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2793
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO.  CR.S-04-0443 PAN
                                 )
11            Plaintiff,         )  STIPULATION, DECLARATION AND
                                 )  [PROPOSED] ORDER VACATING
12       v.                      )  SENTENCING HEARING AND WRIT OF
                                 )  HABEAS CORPUS AD PROSEQUENDUM
13  CARL DEWAYNE HUGHES,         )  AND SETTING STATUS CONFERENCE
                                 )
14            Defendant.         )  DATE:  December 15, 2005
                                 )  TIME:  9:00 a.m.
15  _____)  COURT: Hon. Peter A. Nowinski
16
```

                              Stipulation

     The parties, through their respective counsel, stipulate that the status conference scheduled for December 15, 2005 may be continued to January 26, 2006 at 9:00 a.m.

     As stated in the previous Stipulation, Declaration and Order Vacating Sentencing Hearing and Writ of Habeus Corpus Ad Prosequendum and Setting Status Conference dated October 27, 2005, the government's case should not proceed to sentencing until the Modoc County case has been resolved.

     On December 2, 2005, Abram Watts, an intern in the Misdemeanor Unit, received a message from the Modoc County District Attorney Jordan Funk regarding the status of the defendant's Modoc County

1

case.  Mr. Funk related to Mr. Watts that Mr. Hughes' Modoc County case was still pending a plea, along with another case out of Oregon, in a global plea agreement which would involve Mr. Hughes' serving 20 years in prison.  The defense attorney in these cases has been ill, but a plea agreement seems to be imminent in these cases.  Furthermore, the defendant is still in custody in Modoc County within the jurisdiction of the State of California.

DATED:   December 5, 2005                    McGREGOR W. SCOTT
                                                           United States Attorney

                                                 by    /s/ Matthew C. Stegman
                                                       MATTHEW C. STEGMAN
                                                       Assistant U.S. Attorney

DATED:   December 5, 2005                    /s/ Matthew C. Stegman   for
                                                       ERIC H. HINTZ
                                                       Counsel for Defendant
                                                       Carl DeWayne Hughes

<u>Order</u>

    Good cause appearing, the Court enters the following order:

    The status conference scheduled for December 15, 2005 is vacated and a status conference is scheduled January 26, 2006 at 9:00 a.m.

    IT IS SO ORDERED.

DATED: December 27, 2005           /s/ Peter A. Nowinski
                                        HON. PETER A. NOWINSKI,
                                        UNITED STATES MAGISTRATE JUDGE