McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

Comment [Watermark1]: 8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )    CASE NO.  CR.S-04-0443 PAN
                               )
          Plaintiff,           )    STIPULATION, DECLARATION AND
                               )    [PROPOSED] ORDER VACATING
     v.                        )    SENTENCING HEARING AND WRIT OF
                               )    HABEAS CORPUS AD PROSEQUENDUM
CARL DEWAYNE HUGHES,           )    AND SETTING STATUS CONFERENCE
                               )
          Defendant.           )    DATE:    January 23, 2005
                               )    TIME:    9:00 a.m.
_____)    COURT:   Hon. Peter A. Nowinski
```

Stipulation

The parties, through their respective counsel, stipulate that the status conference scheduled for January 23, 2005 may be continued to March 9, 2006 at 9:00 a.m.

As stated in the previous Stipulation, Declaration and Order Vacating Sentencing Hearing and Writ of Habeus Corpus Ad Prosequendum and Setting Status Conference dated December 15, 2005, the government's case should not proceed to sentencing until the Modoc County case has been resolved.

On January 23, 2006, Abram Watts, an intern in the Misdemeanor

1

PDF created with pdfFactory trial version www.pdffactory.com

Unit, spoke with Jordan Funk, the Modoc County District Attorney regarding the status of the defendant's Modoc County felony case. Mr. Funk related to Mr. Watts that Mr. Hughes' Modoc County case was still pending a plea, along with another case out of Oregon, in a global plea agreement which would involve Mr. Hughes' serving 20 years in prison.  The defendant is on calendar to plead in state court on February 7, 2006.  Mr. Funk related that if the defendant does not plead on that date, the defendant's attorney will withdraw and the case will proceed to trial.  Furthermore, the defendant is still in custody in Modoc County within the jurisdiction of the State of California.

DATED:   January 24, 2005            McGREGOR W. SCOTT
                                     United States Attorney


                                by   /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney


DATED:   January 24, 2005            /s/ Matthew C. Stegman
for
                                     ERIC H. HINTZ
                                     Counsel for Defendant
                                     Carl DeWayne Hughes

                          Order

     Good cause appearing, the Court enters the following order:

     The status conference scheduled for January 23, 2006, is vacated and a status conference is scheduled March 9, 2006, at 9:00

2

PDF created with pdfFactory trial version www.pdffactory.com

a.m.

    IT IS SO ORDERED.

DATED: January __25__, 2006.

                                _/s/ Peter A. Nowinski _____
                                HON. PETER A. NOWINSKI,
                                UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com