```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CARL DEWAYNE HUGHES,<br><br>        Defendant.<br>_____ | CASE NO.  CR S-04-0443 DAD<br><br>STIPULATION, DECLARATION AND ORDER VACATING SENTENCING HEARING AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND SETTING STATUS CONFERENCE<br><br>DATE:  March 7, 2006<br>TIME:  10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

<u>Stipulation</u>

The parties, through their respective counsel, stipulate that the status conference scheduled for March 7, 2006, may be continued to August 29, 2006, at 10:00 a.m.

As stated in the previous Stipulation, Declaration and Order Vacating Sentencing Hearing and Writ of Habeus Corpus Ad Prosequendum and Setting Status Conference dated January 23, 2006, the government's case should not proceed to sentencing until the Modoc County case has been resolved.

On February 28, 2006, Abram Watts, an intern in the Misdemeanor Unit, spoke with Jordan Funk, the Modoc County District Attorney regarding the status of the defendant's Modoc County felony case.

1

Mr. Watts learned that the lengthy plea negotiations had failed and that the Modoc County case would certainly go to trial on July 19, 2006. Mr. Hughes' counsel had just withdrawn as a result of the failed plea negotiations, and Mr. Hughes was retaining new counsel. Furthermore, the defendant is still in custody in Modoc County within the jurisdiction of the State of California.

DATED: March 1, 2006                    McGREGOR W. SCOTT
                                        United States Attorney


                                   by   /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney


DATED: March 2, 2006                    /s/ Eric H. Hintz
                                        ERIC H. HINTZ
                                        Counsel for Defendant
                                        Carl DeWayne Hughes

## Order

Good cause appearing, the Court enters the following order:

The status conference scheduled for March 7, 2006 is vacated and a status conference is scheduled August 29, 2006 at 10:00 a.m.

IT IS SO ORDERED.

DATED: March 2, 2006.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.criminal/hughes0443.stipord