1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  GRETCHEN Z. BOGER
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2807

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO.  CR S-04-0443 DAD
                                  )
12              Plaintiff,        )   STIPULATION, DECLARATION AND
                                  )   ORDER VACATING SENTENCING
13      v.                        )   HEARING AND WRIT OF HABEAS
                                  )   CORPUS AD PROSEQUENDUM AND
14 CARL DEWAYNE HUGHES,           )   SETTING JUDGMENT AND SENTENCE
                                  )
15              Defendant.        )   DATE:   August 29, 2006
                                  )   TIME:   10:00 a.m.
16 _____)   COURT:  Hon. Dale A. Drozd

17
                            Stipulation
18
        The parties, through their respective counsel, stipulate that
19
   the status conference scheduled for August 29, 2006, may be
20
   continued to October 31, 2006, at 10:00 a.m.
21
        As stated in the previous Stipulation, Declaration and Order
22
   Vacating Sentencing Hearing and Writ of Habeus Corpus Ad
23
   Prosequendum and Setting Status Conference dated January 23, 2006,
24
   the government's case should not proceed to sentencing until the
25
   Modoc County case has been resolved.
26
        On August 8, 2006, Gretchen Boger, an intern in the Misdemeanor
27
   Unit, spoke with Jordan Funk, the Modoc County District Attorney
28

                                  1

1  regarding the status of the defendant's Modoc County felony case.

2  Ms. Boger learned that the trial on July 19, 2006, had resulted in a

3  guilty verdict and that Mr. Hughes will be sentenced on September

4  12, 2006.  Furthermore, the defendant is still in custody in Modoc

5  County within the jurisdiction of the State of California.

6  DATED: August 15, 2006                    McGREGOR W. SCOTT
                                             United States Attorney
7

8                                     By: /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
9                                         Assistant U.S. Attorney

10

11  DATED: August 16, 2006                   /s/ Eric H. Hintz
                                            ERIC H. HINTZ
12                                          Counsel for Defendant
                                            Carl DeWayne Hughes
13

14                                Order

15      Good cause appearing, the Court enters the following order:

16      The status conference scheduled for August 29, 2006 is vacated

17  and judgment and sentence is scheduled October 31, 2006 at 10:00

18  a.m.

19      IT IS SO ORDERED.

20  DATED: August 18, 2006.

21
                                    Dale A. Drozd
22                          _____
                            DALE A. DROZD
23                          UNITED STATES MAGISTRATE JUDGE

24

25  Ddad1/orders.criminal/hughes0443.ord

26

27

28

                                    2