UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. S-04-0443 DAD |
| v. | ) |
| | ) |
| CARL DEWAYNE HUGHES, et al | ) |

FILED
SEP 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:   CARL DEWAYNE HUGHES
Detained at (custodian):

| Detainee is: | a.) | (x) charged in this district by: ( ) Indictment  (x) Information ( ) Complaint |
| | | charging detainee with: 18 U.S.C. § 641 |
| or | b.) | ( ) a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | (x) return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on October 31, 2006 at 10 a.m. in the Eastern District of California.*

Signature:                   /s/ Matthew C. Stegman
Printed Name & Phone No:   Matthew C. Stegman, 916-554-2807
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on October 31, 2006 at 10 a.m., for judgment and sentence and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/25/06

/s/ Dale A. Drozd
Honorable Dale A. Drozd
United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | none | | Male |
| Booking or CDC #: | F40847 | | DOB: 1/27/1959 |
| Facility Address: | High Desert State Prison | | Race: white |
| | P.O. Box 750, Susanville CA 96127 | | FBI #: 620850TA7 |
| Facility Phone: | 530-251-5100 | | |
| Currently Incarcerated For: | Cal. Penal Code § 288.5 - Continuous Sexual Abuse of a Child | | |

---

### RETURN OF SERVICE

Executed on _____        By: _____
                                                            (Signature)